```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                  CASE NO. 05 B 01945
    CHARLES STROM
                                        CHAPTER 13

                                        JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-2517
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 01/20/05 and confirmed on 07/08/05.

   2. The case was dismissed after confirmation, 01/09/2009.

   3. The Debtor paid a total of $ 19580.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | 6786.25 | .00 | 1385.78 |
| BECKET & LEE LLP | UNSECURED | 1148.67 | .00 | 234.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1153.40 | .00 | 235.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4629.11 | .00 | 945.30 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6075.18 | .00 | 1240.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3186.13 | .00 | 650.64 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11913.60 | .00 | 2432.81 |
| DINERS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| DINERS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| HILCO RECEIVABLES LLC | UNSECURED | 9582.40 | .00 | 1956.78 |
| DISCOVER BANK | UNSECURED | 16909.02 | .00 | 3452.92 |
| MARRIOTT OWNERSHIP RESOR | UNSECURED | NOT FILED | .00 | .00 |
| MARRIOTT OWNERSHIP RESOR | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 11366.67 | .00 | 2321.11 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2235.21 | .00 | 456.44 |
| ROUNDUP FUNDING LLC | UNSECURED | 12245.71 | .00 | 2500.66 |
| UNITED RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 27.71 | .00 | 5.66 |

Summary of disbursements:

```
                       SECURED      PRIORITY   UNSECURED        OTHER        TOTAL
```
---

```
TOTAL CLMS ALLOWED         .00           .00    87259.06          .00     87259.06
PRINCIPAL PAID             .00           .00    17818.79          .00     17818.79
INTEREST PAID              .00           .00         .00          .00          .00
TOTAL PAID                 .00           .00    17818.79          .00     17818.79
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC           , was allowed $   2900.00
and was paid $   1994.80   direct and $     905.20   through the plan.

The Trustee received $     856.01 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/13/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE